IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>AUBREA MARIE ZAMPEDRI, Chief Deputy Recorder; TRACY HANSEN, Ogden City Recorder; OGDEN CITY CORPORATION; and MICHAEL ASHMENT, Ogden City Chief of Police,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:16-cv-21 |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on April 25, 2017, recommending that the Plaintiff's Complaint be dismissed without prejudice, and that Plaintiff shall be given thirty (30) days to cure the deficiencies set forth within the Report and Recommendation.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On May 5, 2017, the Plaintiff filed his "Objections to R & R." (Dkt. No. 8.)

Having reviewed all relevant materials, including Plaintiff's *pro se* objection, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report

and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge.

Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order. Plaintiff's Complaint shall be DISMISSED WITHOUT PREJUDICE, and Plaintiff shall be given thirty (30) days from the date of this Order Adopting Report and Recommendation to cure the deficiencies noted within the Report and Recommendation.

DATED this 5th day of June, 2017.

Dee Benson
United States District Judge